Honorable T. M. Trimble, May 9, 1939, Page 2

be a law unless he shall file the same with his objections in the office of the Secretary of State and give notice thereof by public proclamation within twenty days after such adjournment."

From the above it is quite apparent that the date on which the bill was received and filed in the office of the Secretary of State is immaterial. Since the Governor did not sign the bill nor return the same with his objections the same became law ten days after the same had been presented to him (Sundays excepted).

The stamped notation "Received April 17, 1939. Executive Department" is not signed by the Governor or by anyone else, and it is possible that it does not reflect the correct date of presentation to the Governor. Assuming, however, that the same was presented to the Governor on April 17, 1939, the bill became effective ten days (Sundays excepted) after that date.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis

Glenn R. Lewis
Assistant

GRL:FL

APPROVED:

ATTORNEY GENERAL OF TEXAS